AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of    New York

Sergio Khorosh and Vera Khorosh

**SUMMONS IN A CIVIL ACTION**

V.

US Customs and Border Protection

CASE NUMBER:

TO: (Name and address of Defendant)

United States Attorney's Office, SDNY
One St. Andrew's Plaza
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sam Braverman, Esq.
901 Sheridan Avenue
Bronx, New York 10451

an answer to the complaint which is served on you with this summons, within ____10____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                              JAN 22 2008

CLERK                                                                    DATE

(By) DEPUTY CLERK

⌐AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1/22/2008 |
| NAME OF SERVER *(PRINT)* Icelsa P. Gonzalez | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
　United States Attorney's Office, SDNY, 86 Chambers Street, New York, New York 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/15/2008___　　*Icelsa P. Gonzalez*
　　　　　　　Date　　　　　　　　　*Signature of Server*

　　　　　　　　　　　901 Sheridan Avenue, Bronx, New York 10451
　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.