**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2008

So ordered
4-4-08
[signature]

**BY FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Sergio Khorosh & Vera Khorosh v. U.S. Customs and Border Protection</u>
           08 Civ. 543 (AKH)

Dear Judge Hellerstein:

    The Government writes in connection with the above-captioned action to request an extension of time in which to respond to the complaint served on or about January 22, 2008, and respectfully requests permission to seek this extension out of time. A responsive pleading or motion was due on or about March 22, 2008. The Government requests that it be permitted to serve and file an answer or motion to dismiss on or before April 8, 2008. The Government has consulted with counsel for the Plaintiffs, who have informed the Government that they do not object to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: [signature]
    Sharon E. Frase
    Assistant United States Attorney
    (212) 637-2329

cc:    Sam Braverman, Esq.