```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
SERGIO KHOROSH and              :
VERA KHOROUSH,                  :
                                :
            Plaintiffs,         :   08 Civ. 543 (AKH)
                                :   Notice of Motion To Dismiss
       v.                       :
                                :
U.S. CUSTOMS AND BORDER         :
PROTECTION,                     :
                                :
            Defendant.          :
-------------------------------x
```

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss, the United States Customs and Border Protection, by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, Sharon E. Frase, Assistant United States Attorney, of counsel, hereby moves before the Honorable Alvin K. Hellerstein, United States District Judge, to dismiss the above-captioned complaint.

Dated:   New York, New York
         April 8, 2008

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    United States of America

                             By:    _____
                                    Sharon E. Frase (SEF-4906)
                                    Assistant United States Attorney
                                    One St. Andrews Plaza
                                    New York, New York  10007
                                    Tel: (212) 637-2329
                                    Fax: (212) 637-0421

To:

    Sam Braverman, Esq.
    Law Office of Sam Braverman
    901 Sheridan Avenue, Suite 201
    Bronx, New York 10451
    (718) 293-1977

## CERTIFICATE OF SERVICE

      I, Sharon E. Frase, depose and say that I am employed in the Office of the United States Attorney for the Southern District of New York.

      That on April 8, 2008, I served one copy of the within Notice of Motion To Dismiss and supporting Memorandum of Law, by email and Federal Express to:

    Sam Braverman, Esq.
    Law Office of Sam Braverman
    901 Sheridan Avenue, Suite 201
    Bronx, New York 10451
    (718) 293-1977

      I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

                              Sharon E. Frase
                              Assistant United States Attorney
                              Tel: (212) 637-2329

Dated:    New York, New York
            April 8, 2008