AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Sergio Khorosh and Vera Khorosh

**SUMMONS IN A CIVIL ACTION**

V.

U.S. Customs and Border Protection and U.S. Immigration and Customs Enforcement

CASE NUMBER: 08 Civ. 543 (AKH)

TO: (Name and address of Defendant)

Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sam Braverman, Esq.
901 Sheridan Avenue
Bronx, New York 10451

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

DATE  JUL 2 2008

(By) DEPUTY CLERK

※AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: 7/24/2008 |
| NAME OF SERVER (PRINT): Icelsa P. Gonzalez | TITLE: Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
　Personally depositing one true copy of the amended complaint with the United States Postal Service with postage, certified return receipt requested, to the address of the party to be served as listed on Summon

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/24/2008___     *Icelsa P. Gonzalez* (signature)
　　　　　　　　Date　　　　　　　　　Signature of Server

　　　　　　　　　　　　　901 Sheridan Avenue, Bronx, New York 10451
　　　　　　　　　　　　　Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.